UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

96-CR-68 M

U.S. DISTRICT COURT
DISTRICT OF COLORADO
2009 MAR 26 PM 1:06
GREGORY C. LANGHAM
CLERK
BY _______ DEP. CLK

UNITED STATES of AMERICA,
PLAINTIFFS

V.

TERRY LYNN NICHOLS A/K/A
Jonathan Lee Riches,
DEFENDANT

Motion FOR Return of seized Property under Rule 41 (g)
Motion to Correct clerical ERRor under Rule 36

I move to correct a clerical ERRor in this case under rule 36. The Clerk of court made a clerical ERRor in the docketing of this case and a ERRor in my Judgement & commitment. The clerk of court forgot to add my "AKA" Also Known as with this case. This case is to be Defendant Terry Lynn Nichols a/k/a Jonathan Lee Riches. I move to correct this error in the docket along with the ERRor in my Judgement

I move for the return of seized property taken from me under rule 41(g) by the FBI, ATF, and U.S. Marshalls, The Following items were taken from me which I move to have returned that belongs to me: Ammonium Nitrate; Stopwatch by timex; Conoco diesel fuel (125 gallons); Primadet core; George orwell 1984 Book; U.C.C. documents; Gun Powder; Blasting caps; 1977 Yellow mercury Marquis; Laxatives; Ryder truck; Philippines women model guides; Fertilizer by DR. Lawn garden; Irwin Schiff Tax Books; Ft. Knox Blue Prints; Bic Lighter; M-80s; red Rider BB gun; Montana Freeman Literature; Ruby Ridge. I move for this Property. I'm suffering emotional distress, mental torture without it. My civil rights are violated. I pray this court will grant my motions for relief.

respectfully,
[signature]
1-13-09

Jonathan Lee Riches
~~#40948-018~~
FMC lexington
P.O. Box 14500
lexington, KY 40512

← New Address
Jonathan Lee Riches
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Jonathan Lee Riches
#40948-018
FMC lexington
P.O. Box 14500
Lexington, KY 40512

LEXINGTON KY 405
23 MAR 2009 PM 2 L

USA FIRST-CLASS FOREVER

United States District Court
District of COLORAdo
Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 - 19th St.
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 26 2009
GREGORY C. LANGHAM
CLERK

80294+2500