**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 96-cr-00068-RPM

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY LYNN NICHOLS,

Defendant.

---

**STATUS REPORT**

---

The United States of America hereby files this report in response to Docket No. 7010, this Court's Order for Status Report.

The United States hereby informs the Court that undersigned counsel has exchanged correspondence with the defendant and has met with him in person on two occasions. The most recent meeting was today. At that time, the defendant delivered to undersigned counsel a letter that responded to the issues raised by the government and identified some additional items which he claims were also confiscated. He also made proposals to the government to resolve these issues. The parties discussed those issues.

The United States respectfully submits that it requires additional time to review and consider this most recent letter, which was received today, before it can inform the Court whether the parties will be able to resolve these issues without the Court's intervention. Accordingly, the government respectfully requests that it be ordered to file another (and final) status report on or before October 30, 2015, to advise the Court whether the parties have been able to resolve these issues.

With respect to the issues that the Court will need to resolve if the parties are unable to reach an agreement, the government respectfully submits that those are as follows: whether the FBI may destroy the firearms rather than transfer them; the valuation of the firearms; and whether the value should be applied to the defendant's restitution.

If these matters are not resolved by the time of the filing of the status report, the United States respectfully requests that the Court permit it to file a response to the defendant's motion, in which it will address these issues, no later than November 16, 2015.

DATED this 15th day of October 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/ *Amy L. Padden*
Amy L. Padden
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
Fax: (303) 454-0408
amy.padden@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 15th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will mail foregoing to the following non-CM/ECF participant by depositing the same in the U.S. Mail, postage prepaid, on October 16, 2015, addressed to:

**Defendant:**

Terry L. Nichols
Reg. No. 08157-031
ADX, Florence
P.O. Box 8500
Florence, CO 81226

s/ Amy L. Padden
Amy L. Padden
United States Attorney's Office